UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Chapter 11

Case no. 25-_____()

----------------------------------------x
In re:

Zahav Ventures LLC,

                Debtor.
----------------------------------------x

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

      I, Ephraim Diamond, CRO of Zahav Ventures LLC (the "Debtor"), declare that the following is a true and correct copy of the resolutions adopted a special meeting duly called and held on the __17__ day of June, 2025 for the Debtor.

      Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

      Be It Therefore Resolved, that Ephraim Diamond, CRO is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy; and

      Be It Further Resolved, that Ephraim Diamond, CRO is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents in connection with such bankruptcy case, and

      Be It Further Resolved, that Ephraim Diamond, CRO, is authorized and directed to employ the law firm of Goldberg Weprin Finkel Goldstein LLP in such bankruptcy case.

Date   June 17, 2025

                                              _/s/ Ephraim Diamond, CRO_

## RESOLUTION OF ZAHAV VENTURES LLC

Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that this LLC hereby employs Ephraim Diamond to act as the Chief Restructuring Officer of Zahav Ventures LLC; and

Be It Further Resolved, that Ephraim Diamond, CRO is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy; and

Be It Further Resolved, that Ephraim Diamond, CRO, is authorized and directed to appear in all bankruptcy proceedings on, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents with such bankruptcy case; and

Be It Further Resolved, that Ephraim Diamond, CRO, is authorized and directed to employ the consulting firm of CPS CRE, LLC in such bankruptcy case; and

Be It Further Resolved, that Ephraim Diamond, CRO, is authorized and directed to employ the law firm of Goldberg Weprin Finkel Goldstein LLP in such bankruptcy case.

Consented and Agreed to:

Zahav Ventures LLC

By: _____/s/_____

Name: Eluzer Gold
Title: Member