UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                          Chapter 11

Zahav Ventures LLC,                                               Case No.: 25-22536 (SHL)

                           Debtor.
------------------------------------------------------------x

## DECLARATION OF SERVICE

I, Angela Bernabe, declares under the penalties of perjury pursuant to 28 U.S.C §1746:

On July 7, 2025, I served the Order Scheduling Initial Case Conference (ECF No. 10) via first class mail by depositing true copies thereof, enclosed in pre-paid wrappers, into an official depository under the exclusive care and custody of the united States Postal Service, addressed to each of the persons or entities listed below;

TO:

Baltimore City Department of Finance
Director of Finance
100 North Holliday Street
Baltimore, MD 21202

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Baltimore City State's Attorney
120 E. Baltimore Street
Baltimore, MD 21202

Baltimore Gas & Electric Company
110 W Fayette Street
Baltimore, MD 21201

Eluzer Gold
6 Marman Place
Spring Valley, NY 10977

MarylandRentCourt.com
7939 Honeygo Blvd, Ste 116
Nottingham, MD 21236

NYS Attorney General
28 Liberty St
New York, NY 10005-1400

Paradise City Properties
PO Box 50214
Baltimore, MD 21211

NYS Dept of Taxation and Finance
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

Mayor and City Council of Baltimore
200 Holliday Street
Room #4 Bankruptcy
Baltimore, MD 21202

U.S. Bank Trust Company, National Association
c/o Linda St. Pierre
McCalla Raymer Leibert Pierce, LLP
280 Trumbull St, Fl 23
Hartford, CT 06103

U.S. Bank National Association
c/o Linda St. Pierre
McCalla Raymer Leibert Pierce, LLP
280 Trumbull St, Fl 23
Hartford, CT 06103

Marie C. Smith, Supervisor of Assessments
William Donald Schafer Tower
6 Saint Paul Street, 11th Floor
Baltimore, MD 21202

Planet Home Lending, LLC
d/b/a Planet Home Servicing
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530

Anchor Loans, LP
c/o Tammy L. Terrell Benoza, Esq.
Fein, Such & Crane, LLP
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054

Lendz Financial
888 E Las Olas Blvd, Suite 301
Fort Lauderdale, FL 33301

Renovo Financial
222 W. Adams St #3150
Chicago, IL 60606

Superior Loan Servicing
Attn: Asset Default Management
7525 Topanga Canyon Blvd
Canoga Park, CA 91303

Benjamin Powell Smith
c/o Shulman, Rogers, Gandal, Pordy & Ecker, PA
12505 Park Potomac Avenue, 6th Fl
Potomac, MD 20854

U.S. Bank Trust National Association
c/o Elizabeth Parrott
McCalla Raymer Leibert Pierce, LLP
430 Lexington Avenue, Suite 840
New York, NY 10170

Metropolitan Life Insurance Company
c/o Linda St. Pierre
McCalla Raymer Leibert Pierce, LLP
280 Trumbull St, Fl 23
Hartford, CT 06103

Anchor Loans, LP
c/o Tammy L. Terrell Benoza, Esq.
Fein, Such & Crane, LLP
28 East Main Street, Suite 1800
Rochester, NY 14614

Planet Commercial
321 Research Parkway, Suite 300
Meriden, CT 06450

Fay Servicing LLC
P.O. Box 814609
Dallas, TX 75381

Newrez
d/b/a Shellpoint
17000 Katy Parkway, Suite 300
Houston, TX 77094

Select Portfolio Servicing Inc (SPS)
10401 Deerwood Park Blvd
Jacksonville, FL 32256

Dated: New York, New York
July 3, 2025

_____
Angela Bernabe