**Fill in this information to identify the case:**

Debtor name  Zahav Ventures LLC

United States Bankruptcy Court for the:  SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)  25-22536

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 8, 2025        X /s/   Ephraim Diamond
                                            Signature of individual signing on behalf of debtor

                                            Ephraim Diamond
                                            Printed name

                                            CRO
                                            Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                      Chapter 11

Zahav Ventures LLC,                                                         Case No. 25-22536-SHL

                              Debtor.
-----------------------------------------------------------------x

## DECLARATION PURSUANT TO LOCAL RULE 1007-2

    Ephraim Diamond, CRO of Zahav Ventures LLC (the "Debtor") declares the following under penalties of perjury pursuant to 28 U.S.C. Section 1746:

    1.    I, through my firm, Arbel Capital Advisors LLC, was engaged pre-petition as the Debtor's Chief Restructuring Officer ("CRO") for purposes of leading the Debtor's reorganization efforts in this Chapter 11 case.

    2.    I have familiarized myself with the Debtor's overall financial and legal affairs, and I submit this Declaration pursuant to the Local Rules of this Court to lay out the history of the Debtor's business, current capital structure and exit strategy.

### Background

    3.    The Debtor is an affiliate of Levy Ventures LLC ("Levy"), which filed for Chapter 11 relief on March 5, 2025. Like Levy, the business of the Debtor is to buy and lease residential home properties, primarily in the Baltimore, Maryland area. This Debtor acquired some 87 properties, financed through a series of mortgage loans from a group of lenders and mortgagees, which are serviced by nine separate servicing agents. A roster of the properties is attached hereto.

    4.    Although the business plan and operations of the Debtor and Levy are similar, with many of the same lenders in both cases, the portfolios are separate and distinct with no cross collateralization.

5.      As with Levy, a large portion of the properties were meant to be leased to Section 8 tenants. This plan has not worked out and the Debtor faces many vacancies. As a consequence, the Debtor fell behind in mortgage payments and was plagued by a freeze on rent payments.

6.      The Debtor hopes to replace the management companies and pursue renewed restructuring agreements with the lenders to keep certain properties and surrender others.

**Local Rule 1007-2**

1.      Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petition.

2.      Pursuant to Local Rule 1007-2(a)(4), the names and addresses of all creditors have been filed. A full set of schedules is being filed herewith.

3.      Pursuant to Local Rule 1007-2(a)(5), the Debtor has multiple lenders. A full list of the current mortgages is being filed as part of Schedule "D".

4.      Pursuant to Local Rule 1007-2(a)(6), a full set of schedules of assets is being filed herewith.

5.      Pursuant to Local Rule 1007-2(a)(7), the sole member of the Debtor is Eluzer Gold.

6.      Pursuant to Local Rule 1007-2(a)(8), no Receiver has been appointed.

7.      Pursuant to Local Rule 1007-2(a)(9), a full list of the properties is attached.

8.      Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are maintained in New City, NY.

9.      Pursuant to Local Rule 1007-2(a)(11), a schedule of pending lawsuits is being filed as part of the Statement of Financial Affairs.

10.     Pursuant to Local Rule 1007-2(a)(11), I am the CRO and serve in this capacity pursuant to a written engagement agreement. My retention will be the subject of a formal application to be filed under the Jay Alix Protocols. Because the Debtor and Levy have no

intercompany transactions, I do not believe I have any adverse interest and I believe I and my

company are fully qualified and able to serve as CRO of both the Debtor and Levy.

11.    Pursuant to Local Rule 1007-2(b) the Debtor acts a landlord with respect to certain

of the occupied Properties.  A list of the leases is being filed as part of Schedule "G" herewith.

Dated: New York, NY
       July 8, 2025

/s/ Ephraim Diamond

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                    Chapter 11

Zahav Ventures LLC,                                       Case No. 25-22536-SHL

                              Debtor.
--------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

Eluzer Gold          100%

Dated: New York, New York
       July 8, 2025

                    Zahav Ventures LLC

                    By:    /s/ Ephraim Diamond
                           Restructuring Officer

**Fill in this information to identify the case:**

Debtor name   Zahav Ventures LLC

United States Bankruptcy Court for the:   SOUTHERN  DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)   25-22536

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:   Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $ _____18,795,000.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................   $ _____189,185.27_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................   $ _____18,984,185.27_

**Part 2:   Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ _____13,902,150.00_

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $ _____0.00_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$ _____0.00_

4.   **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b   $ _____13,902,150.00_

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Zahav Ventures LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION |
| Case number (if known) | 25-22536 |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | North East Community Bank | Checking | 7447 | $2,135.27 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,135.27

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Zahav Ventures LLC | Case number (If known) 25-22536 |
|---|---|---|
| | Name | |

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>See attached list | $0.00 | | $187,050.00 |

| 51. | **Total of Part 8.** | | $187,050.00 |
|---|---|---|---|
| | Add lines 47 through 50.   Copy the total to line 87. | | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Address | Washer | Dryer | Refrigerator | Stove |
|---|---|---|---|---|
| 614 Denison St | $450 | $450 | $750 | $500 |
| 1902 Harlem Ave | $450 | $450 | $750 | $500 |
| 525 N Clinton St | $450 | $450 | $750 | $500 |
| 2521 Christian St | $450 | $450 | $750 | $500 |
| 819 N Curley St | $450 | $450 | $750 | $500 |
| 819 N Curley St | $450 | $450 | $750 | $500 |
| 336 S Calhoun St | $450 | $450 | $750 | $500 |
| 211 S Woodyear St | $450 | $450 | $750 | $500 |
| 2671 Frederick Ave | $450 | $450 | $750 | $500 |
| 38 S Catherine St | $450 | $450 | $750 | $500 |
| 1910 N Pulaski St | $450 | $450 | $750 | $500 |
| 1933 Clifton Ave | $450 | $450 | $750 | $500 |
| 2581 Edmondson Ave | $450 | $450 | $750 | $500 |
| 2026 Clifton Ave | $450 | $450 | $750 | $500 |
| 5319 Cuthbert Ave | $450 | $450 | $750 | $500 |
| 2049 Wheeler Ave | $450 | $450 | $750 | $500 |
| 3419 Kenyon Ave | $450 | $450 | $750 | $500 |
| 4129 Norfolk Ave | $450 | $450 | $750 | $500 |
| 2413 E Biddle St | $450 | $450 | $750 | $500 |
| 2684 Wilkens Ave | $450 | $450 | $750 | $500 |
| 5211 Ivanhoe Ave | $450 | $450 | $750 | $500 |
| 606 N Bouldin St | $450 | $450 | $750 | $500 |
| 610 N Montford Ave | $450 | $450 | $750 | $500 |
| 2414 Jefferson St | $450 | $450 | $750 | $500 |
| 811 N Streeper St | $450 | $450 | $750 | $500 |
| 911 N Lakewood Ave | $450 | $450 | $750 | $500 |
| 624 N Streeper St | $450 | $450 | $750 | $500 |
| 2217 Ashton St | $450 | $450 | $750 | $500 |
| 2000 Ridgehill Ave | $450 | $450 | $750 | $500 |
| 1928 Lemmon St | $450 | $450 | $750 | $500 |
| 3117 Lawnview Ave | $450 | $450 | $750 | $500 |
| 2691 Saint Benedict St | $450 | $450 | $750 | $500 |
| 3024 Mathews St | $450 | $450 | $750 | $500 |
| 2601 Jefferson St | $450 | $450 | $750 | $500 |
| 1324 N Chester St | $450 | $450 | $750 | $500 |
| 513 Collins Ave | $450 | $450 | $750 | $500 |
| 1326 N Chester St | $450 | $450 | $750 | $500 |
| 1103 W Baltimore St | $450 | $450 | $750 | $500 |
| 2121 Hollins St | $450 | $450 | $750 | $500 |
| 611 N Belnord Ave | $450 | $450 | $750 | $500 |
| 1516 E Lanvale St | $450 | $450 | $750 | $500 |
| 2466 Brentwood Ave | $450 | $450 | $750 | $500 |
| 1512 Holbrook St | $450 | $450 | $750 | $500 |
| 2505 McElderry St | $450 | $450 | $750 | $500 |

| | | | | |
|---|---|---|---|---|
| 2239 McElderry St | $450 | $450 | $750 | $500 |
| 535 N Robinson St | $450 | $450 | $750 | $500 |
| 533 N Glover St | $450 | $450 | $750 | $500 |
| 528 N Bouldin St | $450 | $450 | $750 | $500 |
| 521 N East Ave | $450 | $450 | $750 | $500 |
| 806 N Glover St | $450 | $450 | $750 | $500 |
| 805 N Lakewood Ave | $450 | $450 | $750 | $500 |
| 805 N Belnord Ave | $450 | $450 | $750 | $500 |
| 723 N Kenwood Ave | $450 | $450 | $750 | $500 |
| 606 N Robinson St | $450 | $450 | $750 | $500 |
| 502 N Rose St | $450 | $450 | $750 | $500 |
| 610 N Lakewood Ave | $450 | $450 | $750 | $500 |
| 606 N Glover St | $450 | $450 | $750 | $500 |
| 605 N Ellwood Ave | $450 | $450 | $750 | $500 |
| 436 N Robinson St | $450 | $450 | $750 | $500 |
| 433 N East Ave | $450 | $450 | $750 | $500 |
| 432 N Bouldin St | $450 | $450 | $750 | $500 |
| 418 N Robinson St | $450 | $450 | $750 | $500 |
| 3324 McElderry St | $450 | $450 | $750 | $500 |
| 3305 McElderry St | $450 | $450 | $750 | $500 |
| 3221 McElderry St | $450 | $450 | $750 | $500 |
| 3029 McElderry St | $450 | $450 | $750 | $500 |
| 3004 McElderry St | $450 | $450 | $750 | $500 |
| 2636 McElderry St | $450 | $450 | $750 | $500 |
| 413 N Rose St | $450 | $450 | $750 | $500 |
| 323 N Ellwood Ave | $450 | $450 | $750 | $500 |
| 308 N Robinson St | $450 | $450 | $750 | $500 |
| 2602 Jefferson St | $450 | $450 | $750 | $500 |
| 515 N Belnord Ave | $450 | $450 | $750 | $500 |
| 514 N Glover St | $450 | $450 | $750 | $500 |
| 513 N Kenwood Ave | $450 | $450 | $750 | $500 |
| 511 N Kenwood Ave | $450 | $450 | $750 | $500 |
| 612 N Robinson St | $450 | $450 | $750 | $500 |
| 624 N Belnord Ave | $450 | $450 | $750 | $500 |
| 621 N Ellwood Ave | $450 | $450 | $750 | $500 |
| 706 N Glover St | $450 | $450 | $750 | $500 |
| 707 N Luzerne Ave | $450 | $450 | $750 | $500 |
| 2632 McElderry St | $450 | $450 | $750 | $500 |
| 2604 McElderry St | $450 | $450 | $750 | $500 |
| 3025 Wylie Ave | $450 | $450 | $750 | $500 |
| 1438 N Forest Park Ave | $450 | $450 | $750 | $500 |
| 3131 McElderry St | $450 | $450 | $750 | $500 |
| 5103 Eugene Ave | $450 | $450 | $750 | $500 |
| **Total** | **$39,150** | **$39,150** | **$65,250** | **$43,500** |

Debtor    Zahav Ventures LLC                                    Case number *(if known)*  25-22536
_____Name_____

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| See attached list | | $0.00 | | $18,795,000.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | $18,795,000.00 |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.   Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Address | Purchase Price |
| --- | --- |
| 1103 W Baltimore St | $220,000 |
| 1324 N Chester St | $215,000 |
| 1326 N Chester St | $220,000 |
| 1438 N Forest Park Ave | $240,000 |
| 1512 Holbrook St | $230,000 |
| 1516 E Lanvale St | $225,000 |
| 1902 Harlem Ave | $160,000 |
| 1910 N Pulaski St | $180,000 |
| 1928 Lemmon St | $199,000 |
| 1933 Clifton Ave | $180,000 |
| 2000 Ridgehill Ave | $199,000 |
| 2026 Clifton Ave | $185,000 |
| 2049 Wheeler Ave | $188,000 |
| 211 S Woodyear St | $175,000 |
| 2121 Hollins St | $225,000 |
| 2217 Ashton St | $199,000 |
| 2239 McElderry St | $230,000 |
| 2413 E Biddle St | $190,000 |
| 2414 Jefferson St | $199,000 |
| 2466 Brentwood Ave | $225,000 |
| 2505 McElderry St | $230,000 |
| 2521 Christian St | $160,000 |
| 2581 Edmondson Ave | $180,000 |
| 2601 Jefferson St | $210,000 |
| 2602 Jefferson St | $235,000 |
| 2604 McElderry St | $235,000 |
| 2632 McElderry St | $235,000 |
| 2636 McElderry St | $235,000 |
| 2671 Frederick Ave | $179,000 |
| 2684 Wilkens Ave | $190,000 |
| 2691 Saint Benedict St | $209,000 |
| 3004 McElderry St | $235,000 |
| 3024 Mathews St | $210,000 |
| 3025 Wylie Ave | $240,000 |
| 3029 McElderry St | $235,000 |
| 308 N Robinson St | $235,000 |
| 3117 Lawnview Ave | $200,000 |
| 3131 McElderry St | $245,000 |
| 3221 McElderry St | $235,000 |
| 323 N Ellwood Ave | $235,000 |
| 3305 McElderry St | $235,000 |
| 3324 McElderry St | $235,000 |
| 336 S Calhoun St | $175,000 |
| 3419 Kenyon Ave | $190,000 |

| | |
|---|---|
| 38 S Catherine St | $179,000 |
| 4129 Norfolk Ave | $190,000 |
| 413 N Rose St | $235,000 |
| 418 N Robinson St | $235,000 |
| 432 N Bouldin St | $235,000 |
| 433 N East Ave | $235,000 |
| 436 N Robinson St | $235,000 |
| 502 N Rose St | $235,000 |
| 5103 Eugene Ave | $310,000 |
| 511 N Kenwood Ave | $235,000 |
| 513 Collins Ave | $215,000 |
| 513 N Kenwood Ave | $235,000 |
| 514 N Glover St | $235,000 |
| 515 N Belnord Ave | $235,000 |
| 519 N Curley St | $199,000 |
| 521 N East Ave | $235,000 |
| 5211 Ivanhoe Ave | $195,000 |
| 525 N Clinton St | $160,000 |
| 528 N Bouldin St | $235,000 |
| 5319 Cuthbert Ave | $185,000 |
| 533 N Glover St | $235,000 |
| 535 N Robinson St | $235,000 |
| 605 N Ellwood Ave | $235,000 |
| 606 N Bouldin St | $199,000 |
| 606 N Glover St | $235,000 |
| 606 N Robinson St | $235,000 |
| 610 N Lakewood Ave | $235,000 |
| 610 N Montford Ave | $199,000 |
| 611 N Belnord Ave | $225,000 |
| 612 N Robinson St | $235,000 |
| 614 Denison St | $140,000 |
| 621 N Ellwood Ave | $235,000 |
| 624 N Belnord Ave | $235,000 |
| 624 N Streeper St | $199,000 |
| 706 N Glover St | $235,000 |
| 707 N Luzerne Ave | $235,000 |
| 723 N Kenwood Ave | $235,000 |
| 805 N Belnord Ave | $235,000 |
| 805 N Lakewood Ave | $235,000 |
| 806 N Glover St | $235,000 |
| 811 N Streeper St | $199,000 |
| 819 N Curley St | $170,000 |
| 911 N Lakewood Ave | $199,000 |

Debtor    Zahav Ventures LLC
          _____          Case number *(If known)*  25-22536
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,135.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $187,050.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $18,795,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $189,185.27 | + 91b. $18,795,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,984,185.27 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Zahav Ventures LLC |
| United States Bankruptcy Court for the: | SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS DIVISION |
| Case number (if known) | 25-22536-SHL |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** ABL | **Describe debtor's property that is subject to a lien** | $150,400.00 | $188,000 |

Creditor's Name
30 Montgomery Street
Suite 150
Jersey City, NJ 07302
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| **2.2** Ameritrust Mortgage Corp. | **Describe debtor's property that is subject to a lien** | $2,184,750.00 | $2,913,000.00 |
|---|---|---|---|

Creditor's Name
17341 Irvine Blvd.
Suite 285
Tustin, CA 92780
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 6

Debtor  Zahav Ventures LLC
_____
Name

Case number (if known) _____

including this creditor and its relative priority.

☒ Unliquidated
☐ Disputed

---

| 2.3 | Anchor Loans | | $227,500.00 | $404,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**

One Baxter Way, Suite 220
Thousand Oaks, CA 91362
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.4 | Broadview Funding | | $375,000.00 | $500,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**

309 Rutledge St 3C
Brooklyn, NY 11211
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.5 | Commercial Lender LLC | | $328,000.00 | $410,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**

c/o RCN Capital LLC
75 Gerber Road East
South Windsor, CT 06074
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 6

Debtor    Zahav Ventures LLC
_____
Name                                                                    Case number (if known) _____

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed |

---

| 2.6 | Constructive | Describe debtor's property that is subject to a lien | $240,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

1801 S. Meyers, Suite 400
Villa Park, IL 60181
Creditor's mailing address                    Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
Date debt was incurred              ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed |

---

| 2.7 | Emporium TPO | Describe debtor's property that is subject to a lien | $165,000.00 | $220,000.00 |
|---|---|---|---|---|

Creditor's Name
3010 Gaylord Parkway
Suite 125
Frisco, TX 75034
Creditor's mailing address                    Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
Date debt was incurred              ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed |

---

| 2.8 | Homebridge Financial Services, Inc. | Describe debtor's property that is subject to a lien | $156,750.00 | $209,000.00 |
|---|---|---|---|---|

Creditor's Name
99 Wood Avenue South
Suite 301
Iselin, NJ 08830
Creditor's mailing address                    Describe the lien

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 3 of 6

Debtor    Zahav Ventures LLC _____    Case number (if known) _____
          Name

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an Interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.9 | Lendz Financial | Describe debtor's property that is subject to a lien | $447,750.00 | $597,000.00 |
|-----|-----------------|------------------------------------------------------|-------------|-------------|

Creditor's Name
888 East Las Olas Blvd.
Suite 301
Fort Lauderdale, FL 33301
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.10 | Loan Funder | Describe debtor's property that is subject to a lien | $8,297,000.00 | $11,365,000.00 |
|------|-------------|------------------------------------------------------|---------------|----------------|

Creditor's Name
c/o ROC360 HQ - New York
646 Madison Avenue, 19th Fl
New York, NY 10022
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an Interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

| Debtor | Zahav Ventures LLC | Case number (if known) | |
|--------|---------------------|-------------------------|--|
| | Name | | |

---

**2.1 1**

**Logan Finance Corporation**
Creditor's Name

1393 Veterans Memorial Highway
Suite 308N
Hauppauge, NY 11788
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $652,000.00     $820,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.1 2**

**MoFin LEnding Corp.**
Creditor's Name

500 7th avenue, Floor 8
New York, NY 10018
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $468,000.00     $629,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.1 3**

**Renovo Financial**
Creditor's Name

222 W. Adams Street
Chicago, IL 60606
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**     $210,000.00     $240,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 5 of 6

Debtor    Zahav Ventures LLC                                            Case number (if known) _____
_____
Name

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $13,902,150.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Property address | Lender | Settled on | Allocated Loan Amount | Purchase price |
|---|---|---|---|---|
| 2049 Wheeler Ave | ABL | 07/18/23 | $ 150,400.00 | $ 188,000.00 |
| 1512 Holbrook St | Ameritrust Mortgage Corporation | 08/19/24 | $ 172,500.00 | $ 230,000.00 |
| 1910 N Pulaski St | Ameritrust Mortgage Corporation | 07/15/24 | $ 135,000.00 | $ 180,000.00 |
| 1933 Clifton Ave | Ameritrust Mortgage Corporation | 07/23/24 | $ 135,000.00 | $ 180,000.00 |
| 2026 Clifton Ave | Ameritrust Mortgage Corporation | 07/15/24 | $ 138,750.00 | $ 185,000.00 |
| 211 S Woodyear St | Ameritrust Mortgage Corporation | 09/30/24 | $ 131,250.00 | $ 175,000.00 |
| 2414 Jefferson St | Ameritrust Mortgage Corporation | 08/28/24 | $ 149,250.00 | $ 199,000.00 |
| 2581 Edmondson Ave | Ameritrust Mortgage Corporation | 07/23/24 | $ 135,000.00 | $ 180,000.00 |
| 336 S Calhoun St | Ameritrust Mortgage Corporation | 07/18/24 | $ 131,250.00 | $ 175,000.00 |
| 513 Collins Ave | Ameritrust Mortgage Corporation | 08/29/24 | $ 161,250.00 | $ 215,000.00 |
| 519 N Culey St | Ameritrust Mortgage Corporation | 08/22/24 | $ 149,250.00 | $ 199,000.00 |
| 606 N Bouldin St | Ameritrust Mortgage Corporation | 08/15/24 | $ 149,250.00 | $ 199,000.00 |
| 610 N Montford Ave | Ameritrust Mortgage Corporation | 08/26/24 | $ 149,250.00 | $ 199,000.00 |
| 624 N Streeper St | Ameritrust Mortgage Corporation | 10/02/24 | $ 149,250.00 | $ 199,000.00 |
| 811 N Streeper St | Ameritrust Mortgage Corporation | 09/16/24 | $ 149,250.00 | $ 199,000.00 |
| 911 N Lakewood Ave | Ameritrust Mortgage Corporation | 09/24/24 | $ 149,250.00 | $ 199,000.00 |
| 2121 Hollins St | Anchor | 08/09/24 | $ 147,000.00 | $ 225,000.00 |
| 2671 Frederick Ave | Anchor | 08/06/24 | $ 80,500.00 | $ 179,000.00 |
| 2684 Wilkens Ave | Broadview Funding | 11/29/22 | $ 142,500.00 | $ 190,000.00 |
| 5103 Eugene Ave | Broadview Funding | 11/29/22 | $ 232,500.00 | $ 310,000.00 |
| 2601 Jefferson St | COMMERCIAL LENDER, LLC | 07/28/23 | $ 168,000.00 | $ 210,000.00 |
| 3117 Lawnview Ave | COMMERCIAL LENDER, LLC | 07/26/23 | $ 160,000.00 | $ 200,000.00 |
| 2521 Christian St | Constructive | 02/27/23 | $ 128,000.00 | $ 160,000.00 |
| 614 Denison St | Constructive | 02/03/23 | $ 112,000.00 | $ 140,000.00 |
| 1103 W Baltimore St | Emporium TPO LLC | 11/04/24 | $ 165,000.00 | $ 220,000.00 |
| 2691 Saint Benedict St | Homebridge Financial Services, Inc | 12/12/24 | $ 156,750.00 | $ 209,000.00 |
| 1928 Lemmon St | Lendz Financial | 01/30/25 | $ 149,250.00 | $ 199,000.00 |
| 2000 Ridgehill Ave | Lendz Financial | 01/13/25 | $ 149,250.00 | $ 199,000.00 |
| 2217 Ashton St | Lendz Financial | 01/10/25 | $ 149,250.00 | $ 199,000.00 |
| 1902 Harlem Ave | Loan Funder | 02/23/23 | $ 150,500.00 | $ 160,000.00 |
| 2239 McElderry St | Loan Funder | 11/22/22 | $ 172,500.00 | $ 230,000.00 |
| 2413 E Biddle St | Loan Funder | 02/09/23 | $ 152,000.00 | $ 190,000.00 |
| 2505 McElderry St | Loan Funder | 11/22/22 | $ 172,500.00 | $ 230,000.00 |
| 2602 Jefferson St | Loan Funder | 11/22/22 | $ 168,562.50 | $ 235,000.00 |
| 2604 McElderry St | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 2632 McElderry St | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 2636 McElderry St | Loan Funder | 11/22/22 | $ 166,250.00 | $ 235,000.00 |
| 3004 McElderry St | Loan Funder | 11/22/22 | $ 166,250.00 | $ 235,000.00 |
| 3024 Mathews St | Loan Funder | 11/28/22 | $ 157,500.00 | $ 210,000.00 |
| 3025 Wylie Ave | Loan Funder | 11/16/22 | $ 192,000.00 | $ 240,000.00 |
| 3029 McElderry St | Loan Funder | 11/22/22 | $ 166,250.00 | $ 235,000.00 |
| 308 N Robinson St | Loan Funder | 11/22/22 | $ 168,562.50 | $ 235,000.00 |
| 3131 McElderry St | Loan Funder | 11/22/22 | $ 166,250.00 | $ 245,000.00 |
| 3221 McElderry St | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |

| | | | | |
|---|---|---|---|---|
| 323 N Ellwood Ave | Loan Funder | 11/22/22 | $ 168,562.50 | $ 235,000.00 |
| 3305 McElderry St | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 3324 McElderry St | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 3419 Kenyon Ave | Loan Funder | 11/23/22 | $ 142,500.00 | $ 190,000.00 |
| 413 N Rose St | Loan Funder | 11/22/22 | $ 168,562.50 | $ 235,000.00 |
| 418 N Robinson St | Loan Funder | 11/22/22 | $ 164,500.00 | $ 235,000.00 |
| 432 N Bouldin St | Loan Funder | 11/22/22 | $ 164,500.00 | $ 235,000.00 |
| 433 N East Ave | Loan Funder | 11/22/22 | $ 164,500.00 | $ 235,000.00 |
| 436 N Robinson St | Loan Funder | 11/22/22 | $ 164,500.00 | $ 235,000.00 |
| 502 N Rose St | Loan Funder | 11/22/22 | $ 163,916.67 | $ 235,000.00 |
| 511 N Kenwood Ave | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 513 N Kenwood Ave | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 514 N Glover St | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 515 N Belnord Ave | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 521 N East Ave | Loan Funder | 11/22/22 | $ 162,750.00 | $ 235,000.00 |
| 525 N Clinton St | Loan Funder | 03/03/23 | $ 128,000.00 | $ 160,000.00 |
| 528 N Bouldin St | Loan Funder | 11/22/22 | $ 162,750.00 | $ 235,000.00 |
| 5319 Cuthbert Ave | Loan Funder | 09/14/23 | $ 148,000.00 | $ 185,000.00 |
| 533 N Glover St | Loan Funder | 11/22/22 | $ 162,750.00 | $ 235,000.00 |
| 535 N Robinson St | Loan Funder | 11/22/22 | $ 162,750.00 | $ 235,000.00 |
| 605 N Ellwood Ave | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 606 N Glover St | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 606 N Robinson St | Loan Funder | 11/22/22 | $ 163,916.67 | $ 235,000.00 |
| 610 N Lakewood Ave | Loan Funder | 11/22/22 | $ 176,250.00 | $ 235,000.00 |
| 611 N Belnord Ave | Loan Funder | 11/22/22 | $ 176,250.00 | $ 225,000.00 |
| 612 N Robinson St | Loan Funder | 11/22/22 | $ 164,500.00 | $ 235,000.00 |
| 621 N Ellwood Ave | Loan Funder | 11/22/22 | $ 164,500.00 | $ 235,000.00 |
| 624 N Belnord Ave | Loan Funder | 11/22/22 | $ 164,500.00 | $ 235,000.00 |
| 706 N Glover St | Loan Funder | 11/22/22 | $ 164,500.00 | $ 235,000.00 |
| 707 N Luzerne Ave | Loan Funder | 11/22/22 | $ 164,500.00 | $ 235,000.00 |
| 723 N Kenwood Ave | Loan Funder | 11/22/22 | $ 163,916.67 | $ 235,000.00 |
| 805 N Belnord Ave | Loan Funder | 11/22/22 | $ 163,916.67 | $ 235,000.00 |
| 805 N Lakewood Ave | Loan Funder | 11/22/22 | $ 163,916.67 | $ 235,000.00 |
| 806 N Glover St | Loan Funder | 11/22/22 | $ 163,916.67 | $ 235,000.00 |
| 819 N Curley St | Loan Funder | 02/16/23 | $ 136,000.00 | $ 170,000.00 |
| 1324 N Chester St | Logan Finance Corporation | 06/15/23 | $ 168,000.00 | $ 215,000.00 |
| 1326 N Chester St | Logan Finance Corporation | 06/13/23 | $ 176,000.00 | $ 220,000.00 |
| 4129 Norfolk Ave | Logan Finance Corporation | 06/21/23 | $ 152,000.00 | $ 190,000.00 |
| 5211 Ivanhoe Ave | Logan Finance Corporation | 07/03/23 | $ 156,000.00 | $ 195,000.00 |
| 1516 E Lanvale St | MoFin Lending Corporation | 07/26/24 | $ 165,000.00 | $ 225,000.00 |
| 2466 Brentwood Ave | MoFin Lending Corporation | 07/26/24 | $ 168,750.00 | $ 225,000.00 |
| 38 S Catherine St | MoFin Lending Corporation | 07/26/24 | $ 134,250.00 | $ 179,000.00 |
| 1438 N Forest Park Ave | Renovo | 01/12/23 | $ 210,000.00 | $ 240,000.00 |
| Totals | | | $ 13,902,150.02 | $ 18,795,000.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  __Zahav Ventures LLC__

United States Bankruptcy Court for the:  SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)  __25-22536__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Baltimore City Department of Finance**<br>Director of Finance<br>100 North Holiday Street<br>Baltimore, MD 21202 | Unknown | Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unknown | Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address<br>**Marie C. Smith, Supervisor of Assessment**<br>William Donald Schafer Tower<br>6 Saint Paul Street, 11th Floor<br>Baltimore, MD 21202 | Unknown | Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Zahav Ventures LLC | Case number (if known) | 25-22536 |
|---|---|---|---|
| | Name | | |

**2.4**

Priority creditor's name and mailing address

NYS   Dept of Taxation
Bankruptcy/Special Procedure
PO Box 5300

Albany, NY 12205

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

_____ Unknown     _____ Unknown

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

Nonpriority creditor's name and mailing address
Aldridge Pite LLP
c/o Community Loan Serving
4425 Ponce de Leon Blvd., Suite 300
Miami, FL 33146

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

**3.2**

Nonpriority creditor's name and mailing address
Athene Annuity & Life Company
c/o Planet Home
321 Research Parkway, Suite 303
Meriden, CT 06450

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

**3.3**

Nonpriority creditor's name and mailing address
Baltimore Gas & Electric Company
110 W Fayette Street

Baltimore, MD 21201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  For notice purposes

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

**3.4**

Nonpriority creditor's name and mailing address
Blackstone Resolution Life
c/o Selene Finance
3501 Lympus Blvd, Suite 500
Coppell, TX 75019

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

**3.5**

Nonpriority creditor's name and mailing address
BPL Mortgage Trust
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Zahav Ventures LLC | Case number (if known) | 25-22536 |
|--------|-------------------|------------------------|----------|
| | Name | | |

| | | | | Unknown |
|---|---|---|---|---|

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

Colt 2023-3
c/o Fay Servicing
1601 LBJ Parkway, Suite 150
Dallas, TX 75234

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Determination Mortgage Trust
c/o Fay Servicing
1601 LBJ Parkway, Suite 150
Dallas, TX 75234

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Fidelity & Guaranty Life Mortgage Trust
c/o Fay Servicing
1601 LBJ Parkway, Suite 150
Dallas, TX 75234

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Grove Funding III Trust 2024-1
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

IBIS Holdings A Trust
c/o Fay Servicing
1601 LBJ Parkway, Suite 150
Dallas, TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

JPMorgan Mortgage Acquisition Corp.
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

MarylandRentCourt.com
7939 Honeygo Blvd, Ste 116

Nottingham, MD 21236

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: For notice purposes

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | Zahav Ventures LLC | Case number (if known) | 25-22536 |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Metropolitan Tower Life Ins.
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Oakmont Mortgage Trust
c/o Ruchmore Servicing
8950 Cypress Waters Blvd.
Coppell, TX 75019

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

OBX 2024-NQM6 Trust
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Pacific Asset Holding LLC
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Paradise City Properties
P.O. Box 50214
Baltimore, MD 21211

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For notice purposes

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Stone Roots M Trust
c/o Fay Servicing
1601 LBJ Parkway, Suite 150
Dallas, TX 75234

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Verus Securitization Trust
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Zahav Ventures LLC | Case number (if known) | 25-22536 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name    Zahav Ventures LLC

United States Bankruptcy Court for the:   SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)   25-22536

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract           _____       See attached rent roll         _____

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

# Zahav rent rolls

Generated by Shaya Einhorn on 06/23/25 12:12 PM

Record Count : 86

| Projects Name | Stage | Rent amount |
|---|---|---|
| 819 N Curley St | Tenant Occupied | $ 1,350.00 |
| 811 N Streeper St | Tenant Occupied | $ 1,250.00 |
| 806 N Glover St | Vacant | |
| 805 N Lakewood Ave | Tenant Occupied | $ 1,000.00 |
| 805 N Belnord Ave | Vacant | |
| 723 N Kenwood Ave | Vacant | |
| 707 N Luzerne Ave | Vacant | |
| 706 N Glover St | Tenant Occupied | $ 1,250.00 |
| 624 N Streeper St | Tenant Occupied | $ 1,250.00 |
| 624 N Belnord Ave | Vacant | |
| 621 N Ellwood Ave | Vacant | |
| 614 Denison St | Vacant | |
| 612 N Robinson St | Vacant | |
| 611 N Belnord Ave | Vacant | |
| 610 N Montford Ave | Tenant Occupied | $ 1,100.00 |
| 610 N Lakewood Ave | Tenant Occupied | $ 1,050.00 |
| 606 N Bouldin St | Tenant Occupied | $ 1,350.00 |
| 606 N Robinson St | Tenant Occupied | $ 1,295.00 |
| 606 N Glover St | Vacant | |
| 605 N Ellwood Ave | Vacant | |
| 535 N Robinson St | Vacant | |
| 533 N Glover St | Vacant | |
| 5319 Cuthbert Ave | Tenant Occupied | $ 1,050.00 |
| 528 N Bouldin St | Vacant | |
| 525 N Clinton St | Vacant | |
| 5211 Ivanhoe Ave | Tenant Occupied | $ 1,050.00 |
| 521 N East Ave | Vacant | |
| 519 N Curley St | Tenant Occupied | $ 810.00 |
| 515 N Belnord Ave | Tenant Occupied | $ 1,197.00 |
| 514 N Glover St | Vacant | |
| 513 N Kenwood Ave | Vacant | |
| 513 Collins Ave | Tenant Occupied | $ 1,450.00 |
| 511 N Kenwood Ave | Vacant | |
| 5103 Eugene Ave | Tenant Occupied | $ 1,883.00 |
| 502 N Rose St | Vacant | |
| 436 N Robinson St | Unknown | $ 0.00 |
| 433 N East Ave | Vacant | |

| | | |
|---|---|---|
| 432 N Bouldin St | Vacant | |
| 418 N Robinson St | Tenant Occupied | $ 1,495.00 |
| 413 N Rose St | Tenant Occupied | $ 1,600.00 |
| 4129 Norfolk Ave | Tenant Occupied | $ 1,250.00 |
| 38 S Catherine St | Tenant Occupied | $ 700.00 |
| 3419 Kenyon Ave | Vacant | |
| 336 S Calhoun st | Vacant | |
| 3324 McElderry St | Unknown | $ 810.00 |
| 3305 McElderry St | Vacant | |
| 323 N Ellwood Ave | Vacant | |
| 3221 McElderry St | Vacant | |
| 3131 McElderry St | Vacant | |
| 3117 Lawnview Ave | Tenant Occupied | $ 1,100.00 |
| 308 N Robinson St | Tenant Occupied | $ 1,100.00 |
| 3029 McElderry St | Tenant Occupied | $ 1,750.00 |
| 3025 Wylie Ave | Vacant | |
| 3024 Mathews St | Tenant Occupied | $ 1,303.00 |
| 3004 McElderry St | Unknown | $ 1,100.00 |
| 2691 Saint Benedict St | Vacant | |
| 2684 Wilkens Ave | Vacant | |
| 2671 Frederick Ave | Vacant | |
| 2636 McElderry St | Vacant | |
| 2632 McElderry St | Vacant | |
| 2604 McElderry St | Tenant Occupied | $ 1,000.00 |
| 2602 Jefferson St | Tenant Occupied | $ 1,252.00 |
| 2601 Jefferson St | Tenant Occupied | $ 1,300.00 |
| 2581 Edmondson Ave | Vacant | |
| 2521 Christian St | Tenant Occupied | $ 1,104.00 |
| 2505 McElderry St | Vacant | |
| 2466 Brentwood Ave | Vacant | |
| 2414 Jefferson St | Unknown | $ 1,125.00 |
| 2413 E Biddle St | Vacant | |
| 2239 McElderry St | Vacant | |
| 2217 Ashton St | Vacant | |
| 2121 Hollins St | Vacant | |
| 211 S Woodyear St | Vacant | |
| 2026 Clifton ave | Vacant | |
| 2000 Ridgehill Ave | Vacant | |
| 1933 Clifton ave | Tenant Occupied | $ 1,300.00 |
| 1928 Lemmon St | Vacant | |
| 1910 N Pulaski St | Tenant Occupied | $ 1,250.00 |
| 1902 Harlem Ave | Unknown | $ 900.00 |
| 1516 E Lanvale St | Vacant | |
| 1512 Holbrook st | Tenant Occupied | $ 1,169.05 |
| 1438 N Forest Park Ave | Vacant | |

| | | |
|---|---|---|
| 1326 N Chester St | Tenant Occupied | $ 776.00 |
| 1324 N Chester St | Unknown | $ 1,000.00 |
| 1103 West Baltimore St - Unit 2 | Vacant | |
| 1103 West Baltimore St - Unit 1 | Vacant | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | _Zahav Ventures LLC_ |
| United States Bankruptcy Court for the: | SOUTHERN  DISTRICT OF NEW YORK, WHITE PLAINS DIVISION |
| Case number (if known) | _25-22536_ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**   Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | ABL | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Ameritrust Mortgage Corp. | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Anchor Loans | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Broadview Funding | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Commercial Lender LLC | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Constructive | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |

Debtor  Zahav Ventures LLC                                    Case number *(if known)*  25-22536

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.
*Column 1: Codebtor*                                    *Column 2: Creditor*

| 2.7 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Emporium TPO | ☒ D ___2.7___<br>☐ E/F ___<br>☐ G ___ |
| 2.8 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Homebridge Financial<br>Services, Inc. | ☒ D ___2.8___<br>☐ E/F ___<br>☐ G ___ |
| 2.9 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Lendz Financial | ☒ D ___2.9___<br>☐ E/F ___<br>☐ G ___ |
| 2.10 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Loan Funder | ☒ D ___2.10___<br>☐ E/F ___<br>☐ G ___ |
| 2.11 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Logan Finance<br>Corporation | ☒ D ___2.11___<br>☐ E/F ___<br>☐ G ___ |
| 2.12 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | MoFin LEnding Corp. | ☒ D ___2.12___<br>☐ E/F ___<br>☐ G ___ |
| 2.13 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Renovo Financial | ☒ D ___2.13___<br>☐ E/F ___<br>☐ G ___ |

**Fill in this information to identify the case:**

Debtor name ____Zahav Ventures LLC____

United States Bankruptcy Court for the: SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) ____25-22536____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☐ Operating a business<br><br>☒ Other  Collection of rents | Unknown |
    | For prior year:<br>From 01/01/2024 to 12/31/2024 | ☐ Operating a business<br><br>☒ Other  Collection of rents | Unknown |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers—including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☒ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Zahav Ventures LLC                                                                                    Case number *(if known)*   25-22536

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See attached list of foreclosure actions | | | ☐ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

---

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

---

| Case Number | Property Address | Court | Filing Date | Case Caption |
|---|---|---|---|---|
| C24CV25001157 | 323 N Ellwood Ave, 413 N Rose St, 308 N Robinson St, 2602 Jefferson St | Baltimore City Circuit Court | 02/06/2025 | Benjamin Smith vs. Zahav Ventures LLC |
| C24CV25003375 | 2521 Christian St | Baltimore City Circuit Court | 02/13/2025 | Adam Friedman vs. Zahav Ventures LLC, et al. |
| C24CV25001462 | 3029 McElderry St, 3131 McElderry, 3004 McElderry, 2636 McElderry | Baltimore City Circuit Court | 02/18/2025 | Benjamin Smith vs. Zahav Ventures LLC |
| C24CV25001466 | 436 N Robinson, 433 N East, 418 N Robinson St, 432 N Bouldin St | Baltimore City Circuit Court | 02/18/2025 | Benjamin Smith vs. Zahav Ventures LLC |
| C24CV25001502 | 805 N Lakewood, 606 N Robinson, 805 N Belnord, 502 N Rose, 723 N Kenwood, 806 N Glover | Baltimore City Circuit Court | 02/19/2025 | Benjamin Smith vs. Zahav Ventures LLC |
| C24CV25001519 | 3117 Lawnview Ave | Baltimore City Circuit Court | 02/19/2025 | Adam Friedman vs. Zahav Ventures LLC, et al. |
| C24CV25001553 | 535 N Robinson St, 528 N Bouldin St, 521 N East Ave | Baltimore City Circuit Court | 02/20/2025 | Benjamin Smith vs. Zahav Ventures LLC |
| C24CV25001577 | 1902 Harlem Ave | Baltimore City Circuit Court | 02/21/2025 | Benjamin Smith vs. Zahav Ventures LLC |
| C24CV25001874 | 2505 McElderry St, 2632 McElderry St, 2239 McElderry St | Baltimore City Circuit Court | 03/05/2025 | Adam Friedman vs. Zahav Ventures LLC, et al. |
| C24CV25001876 | 612 N Robinson St, 621 N Ellwood Ave, 624 N Belnord Ave, 706 N Glover St, 707 N Luzerne Ave | Baltimore City Circuit Court | 03/05/2025 | Adam Friedman vs. Zahav Ventures LLC, et al. |
| C24CV25001985 | 2601 Jefferson St | Baltimore City Circuit Court | 03/10/2025 | Adam Friedman vs. Zahav Ventures LLC, et al. |
| C24CV25003901 | 911 North Lakewood Ave | Baltimore City Circuit Court | 05/20/2025 | Adam Friedman vs. Zahav Ventures LLC, et al. |
| C24CV25004156 | 511 North Kenwood Ave | Baltimore City Circuit Court | 05/22/2025 | Adam Friedman vs. Zahav Ventures LLC, et al. |
| C24CV25004822 | 2049 Wheeler Ave | Baltimore City Circuit Court | 05/29/2025 | Adam Friedman vs. Zahav Ventures LLC, et al. |

| Debtor | Zahav Ventures LLC | | | Case number *(if known)* | 25-22536 |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets -- Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Goldberg Weprin Finkel Goldstein LLP<br>125 Park Avenue<br>12th Floor<br>New York, NY 10017 | | | $15,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 3

Debtor   Zahav Ventures LLC                                              Case number (if known)  25-22536

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environment Information

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   Zahav Ventures LLC                                          Case number (if known)  25-22536

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Paradise City Properties LLC | |
| 26a.2.   Moshe Kohn, CPA 21 Robert Pitt Drive, Suite 308 Monsey, NY 10952 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor   Zahav Ventures LLC                                          Case number *(if known)*   25-22536

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Paradise City Properties LLC | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ephraim Diamond | | Chief Restructuring Officer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eluzer Gold | | Member | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page 6

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Zahav Ventures LLC                                     Case number *(if known)*    25-22536

Name of the pension fund                                     **Employer Identification number of the pension fund**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 8, 2025

/s/   Ephraim Diamond                                 Ephraim Diamond
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    CRO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes