UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| In re: | Chapter 11 |
|---|---|
| Zahav Ventures LLC, | Case No. 25-22536 SHL |
| Debtor. | |

------------------------------------------------------------x

### ORDER SCHEDULING HEARING ON SHORTENED NOTICE

Upon the motion of Zahav Ventures LLC (the "Debtor") and the Declaration of J. Ted Donovan, Esq. in support thereof (the "Scheduling Motion"), seeking to shorten the notice period so that a hearing (the "Hearing") may be held to consider the Debtor's motions (i) to reject its executory property management contract with Paradise City Properties and for related relief [ECF No. 26] (the "Rejection Motion"); and (ii) to employ Better Mgmt LLC as replacement property manager [ECF No. 25] (the "Retention Motion"); and good and sufficient cause having been shown pursuant to Bankruptcy Rule 9006(c); it is hereby

ORDERED, that the Hearing shall be held before the Honorable Judge Sean H. Lane at the U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 on **July 30, 2025 at 2:00 p.m.**; and it is further

ORDERED that parties may attend the Hearing in person or by video via the Zoom platform. Regardless of whether your appearance is in person or virtual those intending to appear at the Hearing must register with eCourt Appearances no later than two days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Confirmation Hearing. Instructions for registering with eCourt Appearances can be found at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Anyone requiring assistance may contact the Zoom help center at https://support.zoom.us/hc/en-us; and it is further

ORDERED that Objections, if any, to either the Rejection Motion or the Retention Motion may be presented the Hearing; and it is further

ORDERED, that notice of the Hearing shall be sufficient if a copy of this Order and the Rejection Motion and the Retention Motion, with all exhibits, are sent by email, where known, and by overnight delivery in any event no later than July 22, 2025 to (i) Paradise City Properties; (ii) Better Mgmt LLC; (iii) the United States Trustee; and (iv) all persons who filed requests for the notice with the Clerk of the Court.

Dated: White Plains, New York
         July 21, 2025


                                        _/s/ Sean H. Lane_
                                        United States Bankruptcy Judge