UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                      **NOTICE OF HEARING**
                                                                                   Case No. 25-22536-shl

Zahav Ventures LLC,                                             Chapter 11

                                         Debtor.                    Hon. Sean H. Lane
---------------------------------------------------------x

     **PLEASE TAKE NOTICE** that on November 4, 2025 at 2:00 pm or as soon thereafter as counsel can be heard, the undersigned attorneys for Secured Creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Stone Roots M ("Creditor") seeking entry of an order (1) Prohibiting the Debtor's Use of Cash Collateral; and (2) Requiring the Debtor to Commence Adequate Protection Payments with respect to certain real property known as 2601 Jefferston St., Baltimore, MD 21205 (the "Property") and will move before the United States Bankruptcy Court, Honorable Sean H. Lane, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601 for an Order:

     (1) prohibiting the use of cash collateral for any purpose, including for any personal expenses of Debtor's principals or insiders (2) ordering Debtor to provide an accounting of all income generated by the Properties from the petition date to present; (3) ordering Debtor to commence contractual adequate protection payments to Creditor at the contractual amount listed in the Proof of Claim as to the Property, less approved and necessary property expenses; (4) ordering Debtor to provide copies of any leases or rental agreements associated with the Property; (5) ordering Debtor to segregate any income produced by the Property in a separate debtor-in-possession account; and (6) granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that that pursuant to Local Bankruptcy Rule 9006-1, any answering papers shall be served and filed so as to be received not later than seven (7) days before the return date of this motion.

**PLEASE TAKE FURTHER NOTICE** that attorneys who represent parties in non-evidentiary hearings, conferences, and other routine matters may participate in such matters by remote video access through Zoom for Government, unless the Court directs otherwise. Parties are required to register their appearance by 4:00 PM two (2) business days before any scheduled Zoom hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: 09/24/2025              Respectfully Submitted by:

*/s/Ernest Yazzetti, Jr.*
Ernest Yazzetti, Jr.
Attorney for Secured Creditor
McCalla Raymer Leibert Pierce, LLP
420 Lexington Ave RM 840
New York, NY 10170-0840
Phone: 848-200-0083
Email: Ernest.Yazzetti@mccalla.com

2