| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date and Time:<br>February 3, 2026 at 10:00 a.m. |

-----------------------------------------------------------x

In re:                                                                                          Chapter 11

Zahav Ventures LLC,                                                             Case No. 25-22536-SHL

                                            Debtor.

-----------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER THE DEBTOR'S MOTION TO DISMISS

PLEASE TAKE NOTICE, that upon the annexed application, Zahav Ventures LLC, (the "Debtor") herein, shall move at a hearing to be held before the Honorable Sean H. Lane, U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 on February 3, 2026 at 10:00 a.m. (the "Hearing") for an Order dismissing this Chapter 11 case pursuant to 11 U.S.C. §1112.

PLEASE TAKE FURTHER NOTICE that parties may attend the Hearing in person or by video via the Zoom platform. Regardless of whether your appearance is in person or virtual those intending to appear at the Hearing must register with eCourt Appearances no later than two days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Confirmation Hearing. Instructions for registering with eCourt Appearances can be found at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Anyone requiring assistance may contact the Zoom help center at https://support.zoom.us/hc/en-us.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the relief requested shall be filed in writing with the Clerk of the Bankruptcy Court through the Bankruptcy Court's electronic case filing system on or before January 27, 2026.

Dated: New York, New York
         January 6, 2026

                                                            Goldberg Weprin Finkel Goldstein, LLP
                                                            Attorneys for the Debtor
                                                            125 Park Avenue, 12th Floor
                                                            New York, New York 10017

                                                            By:    /s/ J. Ted Donovan, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

Zahav Ventures LLC,                                             Case No.: 25-22536 (SHL)

                        Debtor.
------------------------------------------------------------x

## DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

Zahav Ventures LLC (the "Debtor"), as and for its motion to dismiss this Chapter 11 case, represents and shows this Court as follows:

1. The Debtor hereby seeks the voluntary dismissal of its Chapter 11 case pursuant to 11 U.S.C. §1112 on the grounds that the Debtor has been unable to obtain the sufficient DIP financing to make necessary repairs to its properties so as to increase rental income and fund its proposed Chapter 11 plan, leaving no path forward in bankruptcy.

2. The Debtor is a real estate holding company, being the fee owner of 87 residential homes located in and around Baltimore, Maryland (the "Properties"). The Properties are subject to separate mortgages held by numerous lenders, many of which were in foreclosure. The Debtor filed the Chapter 11 case to protect the Properties from foreclosure while the Debtor completed arrangements for a loan to fund repairs of empty Properties so as to increase revenues.

3. Unfortunately, the Debtor has been unable to obtain satisfactory terms for the proposed financing, and has no alternatives to funding a plan.

4. The Debtor is fully cognizant that this case has been pending for almost one year. After considering all options, the Debtor has determined that the proper course of action is to seek dismissal and let the foreclosures continue, while the Debtor attempts to deal with the mortgage lenders on an individual basis.

5. It is unlikely that a sale of the Properties will generate sufficient funds to pay all of the secured debt, particularly when one adds in the costs of a broker and Chapter 7 administrative expenses for the trustee and the trustee's professionals. Thus, there does not appear to be any benefit in a Chapter 7 case, and the Debtor respectfully submits that dismissal is preferable to conversion.

WHEREFORE, the Debtor prays for the entry of an Order dismissing this Chapter 11 petition, together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
January 6, 2026

Goldberg Weprin Finkel Goldstein LLP
Attorneys for the Debtor
125 Park Avenue, 12th Floor
New York, New York 10017
(212) 221-5700

By:   /s/ J. Ted Donovan